# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZIA H. SHAIKH, | Civil Action No. 18-9035 (PGS) |
| Petitioner, | |
| v. | **MEMORANDUM AND ORDER** |
| LAURA GERMADNIG, et al., | |
| Respondents. | |

This matter has come before the Court on a Writ of Habeas Corpus filed by Petitioner Zia H. Shaikh pursuant to 28 U.S.C. § 2241, seeking relief, apparently, from a warrant for arrest as a result of Petitioner's failure to pay court-ordered child and spousal support. *See* ECF No. 1 at 1. However, Petitioner has not actually been arrested. *See* ECF No. 1 at 1. As such, Petitioner is not currently incarcerated by the State. Section 2241 require petitioners to be in custody at the time a petition is filed. *See* 28 U.S.C. § 2241(c); *Maleng v. Cook*, 490 U.S. 488, 490 (1989). Petitioner was not in custody when the Petition was filed, so this Court has no jurisdiction over the Petition—all that appears from the Petition is that there is a warrant for his arrest, which the State apparently have yet to carry out. Accordingly, the Court dismisses the Petition for lack of jurisdiction.[1]

IT IS therefore on this ___19___ day of ___May___, 2018,

**ORDERED** that the Petition, ECF No. 1, is hereby **DISMISSED** for lack of jurisdiction; and it is further

---

[1] The Court further notes this petition is identical to a § 2241 petition dismissed by this Court on January 8, 2018. *Shaikh v. Germadnig*, No. 17-12649 (D.N.J. Jan. 8, 2018).

1

**ORDERED** that the Clerk shall serve this Order upon Petitioner, and shall **CLOSE** the file.

_____
**Peter G. Sheridan**
United States District Judge